UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00570-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN ANTHONY CORDOVA,

       Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a hearing will be held on **March 23, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding the Defendant Juan Anthony Cordova's Motion for Early Termination of Probation **(#3)**.

DATED this 15th day of February 2006.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge